TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00051-CV

Lloyd Homer Fikes, Appellant

v.

Texas Department of Agriculture, Individually as Equitable and Statutory Subrogee of
Kay Dee Produce
, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 96-02037, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING 

PER CURIAM

 Appellee Texas Department of Agriculture, individually as equitable and statutory
subrogee of Kay Dee Produce, moves this Court to dismiss the appeal for want of prosecution. 
See Tex. R. App. P. 38.8(a)(1), 42.3(b). We will grant the motion.

 The Clerk of this Court filed the clerk's record in this cause on August 31, 2000. 
Accordingly, appellant Lloyd Homer Fikes's brief was due on October 2. Id. 38.6(a). Pursuant
to a request for an extension of time, Fikes's brief was due to be filed on November 29. When
Fikes failed to tender a brief by that date, this Court ordered him to file a brief by December 21,
2000, failing which his appeal would be dismissed.

 To date, Fikes has failed to tender a brief. We therefore grant the Department's
motion. We dismiss the appeal for want of prosecution. Id. 42.3(b).

Before Justices Kidd, B. A. Smith and Puryear

Dismissed for Want of Prosecution on Appellee's Motion

Filed: February 15, 2001

Do Not Publish